PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael Graham                                                    Cr.: 13-00626-001
                                                                                    PACTS #: 330186

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence:  04/23/2015
Date of Violation Sentence: 09/18/2018

Original Offense:   Count 1: Felon in possession of a firearm 18 U.S.C. § 922(g)(1)
Violation Offense:  Count 1: Committed another crime

Original Sentence: 50 months imprisonment, 3 years supervised release
Violation Sentence: 24 months imprisonment, 1 year of supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Financial Disclosure, No New Debt/Credit, Support Dependents.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/29/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On July 24, 2020, Graham signed a self-admission form and admitted to the use of marijuana. He reportedly last used marijuana on July 4, 2020. |

U.S. Probation Officer Action:

The probation office will continue to monitor Graham. If he continues to use illicit substances, he will be referred to a treatment program. Please allow this letter to serve as a formal written reprimand for his positive drug screen.

Prob 12A – page 2
Michael Graham

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan P. Dasilva/jj*

By:  SHANNAN P. DASILVA
U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*                    7/31/2020
ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time- This document will serve as an official written reprimand issued by the Court (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

August 7, 2020
Date